

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    v.<br><br>ESHRAT YAZDANI,<br><br>    Defendant. | Case No. 19cr2882-LAB<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 641 —<br>**Receipt and Concealment of Converted Public Money**<br>**(Misdemeanor)** |

The United States Attorney charges:

Count 1

From August 1, 2009 through August 1, 2017, within the Southern District of California, defendant ESHRAT YAZDANI knowingly received and converted to her use money belonging to the United States with the intention of depriving the United States of the use and benefit of the money, knowing the money to have been converted; in violation of Title 18, United States Code, Section 641.

DATED: July 31, 2019.

ROBERT S. BREWER, JR.
United States Attorney

Jeffrey D. Hill
Special Assistant U.S. Attorney